452

587 A.2d 311

**CITY OF JEANNETTE**

v.

**District Justice Donald C. JAPALUCCI, Appellant.**

Supreme Court of Pennsylvania.

Argued March 5, 1991.

Decided March 21, 1991.

John A. Bacharach, Kenneth W. Kubrick, Girman & Bacharach, Pittsburgh, for appellant.

Peter F. Troglio, City Sol., City of Jeannette, Jeannette, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

The issue being non-justiciable, the appeal is quashed. Pursuant to our supervisory capacity, the order of the Court of Common Pleas of Westmoreland County entered October 23, 1989, is vacated as beyond the scope of Rule 17 of the Rules Governing Standards of Conduct of District Justices.